1

2

3          UNITED STATES DISTRICT COURT
        for the WESTERN DISTRICT of WASHINGTON
4

5   CATHERINE A. SULLIVAN,                    )
                                              )
6                       Plaintiff,            )
                                              )
7              vs.                            )          C05-1857 JLR
                                              )
8   JO ANNE B. BARNHART, Commissioner         )
    of Social Security,                       )
9                                             )          **MINUTE ORDER**
                                              )
10                                            )
                                              )
11                      Defendant.            )

12

13          This action has been reassigned to the Honorable James L. Robart, United

14   States District Judge.    All future documents filed in this case must bear the cause

15   number C05-1857 JLR and bear the Judge's name in the upper right hand corner of the

16   document.

17

18

19          It appearing from the files and records herein that this is an appropriate

20   proceeding to refer to a full-time United States Magistrate Judge for the purposes

21   hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by

22   Mathews, Secretary of HEW vs Weber, 432 US 261 (1976), now therefore,

23

24

25          Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT

26   IS ORDERED that the above entitled action is hereby referred to the Honorable James

27   P. Donohue, United States Magistrate Judge, who is directed and empowered to review

28

1   the administrative record, and to submit proposed findings and conclusions, and

2   recommended disposition.  The procedure for review of those recommendations shall

3   be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                          Dated this 21st day of November, 2005

26                                          Bruce Rifkin, Clerk of Court

27                                           /S/ PETER H. VOELKER
                                            Peter H. Voelker, Deputy Clerk
28