```
         FILED        ENTERED
         LODGED       RECEIVED

         JUN 3 0 2006

         AT SEATTLE
         CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
     BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | Case No. C05-1857-JLR-JPD |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner, ) | ORDER |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and REMANDED for further proceedings, not inconsistent with the Report and Recommendation; and

(3) The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge James P. Donohue.

DATED this 30th day of June, 2006.

JAMES L. ROBART
United States District Court

05-CV-01857-ORD